**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NATASHA MCGOLDRICK,

        Plaintiff,

                      CASE NO.  8:21-cv-731

v.                     State Court Case No.: 2021-CC-000600CCAXWS

LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP,

        Defendant.
_____/

**NOTICE OF REMOVAL**

      Defendant, Linebarger Goggan Blaire & Sampson, LLP ("LGBS"), by and through undersigned counsel, hereby files this Notice of Removal in the above-captioned matter, currently pending in the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida.

      1.    This removal is made pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1441(c).

      2.    Removal is proper because Plaintiff's right to relief in Counts IV, V and VI necessarily depends on resolution of substantial questions of federal law, i.e. whether Defendant violated 15 U.S.C. § 1692c(a)(2) - Count IV; whether

Defendant violated 15 U.S.C. § 1692e – Count V; and whether Defendant violated 15 U.S.C. § 1692f – Count VI.

On or about February 26, 2021, Defendant, LGBS, was served with the Complaint for the above-referenced matter.

3. In accordance with Local Rule 4.02(b) and pursuant to 28 U.S.C. § 1446(a), true and legible copies of all papers on file with the state court are attached hereto as Exhibit 1. These papers include Plaintiff's Complaint, as well as service documents. LGBS has not yet filed its answer in the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida and is not aware of any other pending motions or briefs.

## VENUE

4. Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division embracing the place where the state court case was pending.

## REMOVAL IS TIMELY

5. The removal is timely under 28 U.S.C. § 1446(b). Plaintiff filed his Complaint on February 10, 2021. Plaintiff served the Complaint on LGBS on February 26, 2021 and a Motion for Extension of Time to Respond to the Complaint, up to and including April 17, 2021, was filed on March 17, 2021. Accordingly, removal is timely as it falls within this thirty-day period.

## BASIS FOR REMOVAL JURISDICTION

6. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1692k(d).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida e-Filing Portal to all attorneys of record on this 26th day of March, 2021.

**WALTERS LEVINE LOZANO & DEGRAVE**
601 Bayshore Boulevard, Suite 720
Tampa, Florida 33606
Phone:      (813) 254-7474
Facsimile:  (813) 254-7341

*/s/Michael A. Gold*

**MICHAEL A. GOLD, LL.M.,**
**Trial Counsel**
Florida Bar No. 71943
mgold@walterslevine.com
mgardner@walterslevine.com
Counsel for Defendant